FRENCH, Appellant, v. UNITED STATES CANNING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Albert T. French against the United States Canning Company.

PER CURIAM. Judgment of County Court reversed, with costs, and judgment of the jus-

tice's court affirmed, with costs. Held, that the evidence was sufficient to sustain the verdict of the jury.